IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA MURRAY                                                                    PLAINTIFF

V.                                    NO.  3:09cv00076 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 14th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE